

U.S. Department of Justice

United States Attorney
Eastern District of New York

LKG

271 Cadman Plaza East
Brooklyn, New York 11201

August 18, 2020

By E-mail

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Application is granted.
SO ORDERED.
8/18/20

s/Lois Bloom

Re:  United States v. Christopher Chierchio, et al.
     Criminal Docket No. 20-306 (NGG)

Dear Judge Bloom:

The government respectfully submits this letter to request that the Court order that the above-captioned matter and indictment be unsealed as to all four defendants: Christopher Chierchio, Jason Kurland, Frangesco Russo and Francis Smookler.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By:      /s/
Lindsay K. Gerdes
Andrey Spektor
Assistant U.S. Attorneys
(718) 254-6155/6475

Enclosure

cc:  Clerk of Court (by ECF)
     Defense Counsel of Record, Esq. (by ECF)

LKG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | O R D E R |
| - against - | CR 20-306 (NGG) |
| CHRISTOPHER CHIERCHIO, et al. | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of SETH D. DuCHARME, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lindsay K. Gerdes, for an order unsealing the indictment and above-captioned case as to all four defendants: Christopher Chierchio, Jason Kurland, Frangesco Russo and Francis Smookler.

WHEREFORE, it is ordered that the indictment and case be unsealed as to all four defendants.

.

Dated: August 18, 2020
Brooklyn, New York

```
_____
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK
```