AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.
CHRISTOPHER CHIERCHIO, ET AL.

_____
Defendant

)
)
)
)
)
)
)

Case No.

**CR 20 306**

GARAUFIS, J.

LEVY, M.J.

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jason Kurland, also known as "Jay"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, Money Laundering, Conspiracy to Commit Wire Fraud and Money Laundering, and Honest Services Wire Fraud

Date: 08/13/2020

s/Ann Shields
_____
*Issuing officer's signature*

City and state:   Central Islip, New York

_____, U.S.D.J
*Printed name and title*

### Return

This warrant was received on *(date)* 8-13-20, and the person was arrested on *(date)* 8-18-20
at *(city and state)* Pix Hdls, NY.

Date: 8-18-20

_____
*Arresting officer's signature*

Josefr Pace, SA
_____
*Printed name and title*