Case 1:20-cr-00306-NGG   Document 77   Filed 03/04/21   Page 1 of 2 PageID #: 314

Clerk's Office
Filed Date:
3/4/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9555
tkasulis@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 3, 2021

**By ECF**

The Hon. Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East, Room 1426 S
Brooklyn, New York 11201

    Re:    <u>United States v. Jason Kurland,</u>
            20 Cr. 306 (NGG)

Dear Judge Garaufis:

    We represent Jason Kurland in the above-captioned matter. We write with the consent of the Government to respectfully request that the Court approve the removal of one of Mr. Kurland's three sureties, Dr. Scott Blyer, from Mr. Kurland's appearance bond.

    We have consulted with Mr. Kurland's other sureties, Lauren Blyer-Kurland and Anastasia Blyer, and they are comfortable remaining on Mr. Kurland's bond after the removal of Dr. Blyer. Mr. Kurland's release will continue to be secured by both real properties initially pledged.

    In the six months since his arrest on August 18, 2020, Mr. Kurland has complied with his bail conditions in all respects. We have consulted with the Government, which agrees in light of Mr. Kurland's successful supervision that Dr. Blyer may be removed from the bond without any additional modification to the conditions of Mr. Kurland's release.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Honorable Nicholas G. Garaufis
March 3, 2021
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Telemachus P. Kasulis
Telemachus P. Kasulis
A. Dennis Dillon

*Counsel to Jason Kurland*

cc: Assistant United States Attorney Lindsay K. Gerdes (by ECF and email)
Assistant United States Attorney Andrey Spektor (by ECF and email)

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** March 4, 2021