# Exhibit A

## Dillon, Dennis

**From:**          Zverovich, Olga (USANYS) <Olga.Zverovich@usdoj.gov>
**Sent:**          Saturday, July 9, 2022 9:33 PM
**To:**            Kasulis, Telemachus; Dillon, Dennis
**Cc:**            Pellegrino, Louis (USANYS); Kudla, Danielle (USANYS); Morris, Brian (USANYE); Hochron, Emily
                   (USANYS) [Contractor]; Bailey, Matthew (USANYS) [Contractor]
**Subject:**       [External] Defense Wire Calls

Hi Tim and Dennis,

Do you plan to seek to admit the wire calls that you marked as defense exhibits as evidence at trial?  If so, could you share with us on what theory/basis you plan to ask for their admission?  If we have any disagreement on their admissibility, we'd rather try to sort it out now, or, if we can't, to front it for the Court in advance so we can avoid interruptions/sidebars mid-trial.

Thanks very much,

Olga

Olga I. Zverovich
Assistant U.S. Attorney & Tax Coordinator
Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007
Tel: (212) 637-2514
olga.zverovich@usdoj.gov

**EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.