COURT EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JASON KURLAND,

               Defendant.

JURY VERDICT SHEET
20-CR-306 (S-1)

## AS TO COUNT ONE
### Wire Fraud Conspiracy

How do you find the defendant?

    Guilty _____    Not Guilty _____

## AS TO COUNT TWO
### Wire Fraud

How do you find the defendant?

    Guilty _____    Not Guilty _____

(continued on next page)

1

## AS TO COUNT THREE
## Honest Services Wire Fraud

How do you find the defendant?

                Guilty _____         Not Guilty _____

## AS TO COUNT FOUR
## Conspiracy to Engage in Unlawful Monetary Transactions

How do you find the defendant?

                Guilty _____         Not Guilty _____

(continued on next page)

## AS TO COUNT FIVE
## Unlawful Monetary Transactions

How do you find the defendant?

          Guilty _____      Not Guilty _____