## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
ddillon@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 13, 2023

**By ECF**

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 1426 S
Brooklyn, New York 11201

      Re:    <u>United States v. Kurland</u>,
                   20 Cr. 306 (NGG)

Dear Judge Garaufis:

      Pursuant to the Court's order of March 1, 2023, we write jointly with the government to notify the Court that we have received Mr. Kurland's presentence report and propose a schedule for Mr. Kurland's sentencing and related submissions.

      Subject to the Court's approval, the parties propose the following schedule:

- April 24, 2023: Sentencing submission by Mr. Kurland;

- May 15, 2023: Sentencing submission by the government;

- June 1 or 2, 2023, at any time convenient to the Court: Sentencing.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Nicholas G. Garaufis
March 13, 2023
Page 2

      We thank the Court for its consideration of this proposed schedule.

                                      Respectfully submitted,

                                      /s/ Telemachus P. Kasulis
                                      Telemachus P. Kasulis
                                      A. Dennis Dillon

                                      *Counsel to Jason Kurland*

cc:      Counsel of record (by ECF)