

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Jason Kurland*, 20 Cr. 306 (NGG)

Dear Judge Garaufis:

    The government writes to respectfully request that the Court enter the enclosed proposed Order of Restitution in connection with the sentencing of defendant Jason Kurland, which is scheduled for June 15, 2023 in the above-captioned case.

    Thank you for Your Honor's consideration of this submission.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

           By:    /s/_____
                              Olga I. Zverovich
                              Danielle M. Kudla
                              Louis A. Pellegrino
                              Special Attorneys Acting Under Authority
                              Conferred by 28 U.S.C. § 515

                              Brian D. Morris
                              Assistant United States Attorney
                              Eastern District of New York

cc: Counsel of record (Via ECF)