**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-three.

Before:  Joseph F. Bianco,
 Eunice C. Lee,
 Sarah A.L. Merriam,
  *Circuit Judges*.

_____

United States of America,

 Appellee,

 v.

Christopher Chierchio, Frangesco Russo, AKA Frankie, Francis Smookler,

 Defendants,

Jason Kurland, AKA Jay,

 Defendant - Appellant.

_____

**ORDER**

Docket Nos. 23-6709(L), 23-6755(CON)

Appellant moves for bail pending the disposition of his direct appeal of his judgment of conviction.

IT IS HEREBY ORDERED that the motion is DENIED. The appeal under Docket No. 23-6709 is DISMISSED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/06/2023