**Joseph Hightower** [188 Lauren ct Bamberg, s.c.]

[8032248987]



**February 9, 2026**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 18 2026 ★

BROOKLYN OFFICE

**VIA CERTIFIED MAIL — RETURN RECEIPT REQUESTED**

**TO:** **1. Honorable Nicholas G. Garaufis**, U.S. District Judge, EDNY

225 Cadman Plaza East, Brooklyn, NY 11201

**2. Office of the United States Attorney, EDNY**, Attn: AUSA Andrey Spektor

271 Cadman Plaza East, Brooklyn, NY 11201

**RE: EMERGENCY DISCLOSURE OF DIVERTED ASSETS &

OBSTRUCTION OF

JUSTICE** **Case Number: 1:20-cr-00306 (USA v. Jason Kurland, et al.)**

REC'D IN PRO SE OFFICE
FEB 18 '26 PM 5:15

Dear Judge Garaufis and AUSA Spektor:

I am a **Victim-Claimant** in the Kurland matter. I am formally submitting this disclosure to report the location of **diverted assets** and active **Obstruction of Justice** regarding the destruction of evidence.

**1. Discovery of "Shadow" Accounts via $Cashtag** On **March 18, 2025, at 10:35 AM EST**, I discovered an unauthorized bank account structure linked to my digital identity. Using my personal **$Cashtag** as a credential, I successfully accessed a DriveWealth LLC developer portal. I have never opened an account with DriveWealth. This indicates my identity is being used to "layer" or hide diverted funds.

**2. Evidence of Diverted Funds ("Business Haircuts")** Inside the portal (identified by **Dragon and Snake icons**), I witnessed internal ledgers for **Omnibus Accounts** at **Customers Bank** showing unauthorized transactions labeled as **"$50,000 Business Haircuts."** As shown in **Exhibit B (attached)**, DriveWealth explicitly names Customers Bank as the "Program Bank" where customer funds are held in an Omnibus Account for the "Exclusive Benefit of its Customers."

**3. Jurisdictional Referral** I attempted to report this to the SEC. As shown in **Exhibit A (attached)**, the SEC (Office of Investor Education) referred the matter to banking regulators, confirming a lack of oversight on the banking side of this specific broker-dealer sweep program.

**4. Obstruction of Justice (Remote Evidence Destruction)** Immediately following my contact with the bank and my viewing of these ledgers, my mobile device was **remotely wiped**. This was a targeted action to destroy the digital evidence of the "shadow" account. Furthermore, following the wipe, the "fine print" terms on my device were remotely altered to mention "Cash App Investing," an apparent attempt to obscure the DriveWealth/Omnibus connection.

**5. Link to Physical Evidence** This discovery directly relates to the physical asset (ticket) bearing my original signature and address, which is currently held in the government's evidence vault.

I request an immediate investigation into the **Customers Bank Omnibus server logs** for the **10:35 AM** timestamp on March 18, 2025.

Respectfully,

*(           )* **Joseph Hightower**

Theodore Roosevelt Court
Hon. Nicholas Garaufis
United States District Court
EDNY
225 Cadman Plaza
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 18 2026 ★
BROOKLYN OFFICE

11201-181829